```
           UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**CONNIE J. MAYNARD,**

      Plaintiff,

v.                                     CIVIL ACTION NO. 2:07-559

**MICHAEL J. ASTRUE,**
Commissioner of Social Security

      Defendant.

## O R D E R

The court having received the proposed findings and recommendation of United States Magistrate Judge Mary E. Stanley, entered on May 5, 2008; and the Magistrate Judge having recommended that the court deny the plaintiff's motion for summary judgment, affirm the final decision of the Commissioner, and dismiss this matter from the court's docket; and no objection having been filed to the proposed findings and recommendation, it is ORDERED that:

1. The findings made in the proposed findings and recommendation of the Magistrate Judge be, and the same hereby are, adopted by the court;

      2.    The motion of the plaintiff for summary judgment be, and it hereby is, denied;

      3.    The final decision of the Commissioner be, and it hereby is, affirmed; and

      4.    The case be, and it hereby is, stricken from the court's docket.

The Clerk is directed to forward copies of this order to all counsel of record and the United States Magistrate Judge.

DATED: May 30, 2008

_____
John T. Copenhaver, Jr.
United States District Judge